UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CUONG T. LE,<br><br>　　　　　　　　　　Defendant. | CASE NO. CR15-120-JCC<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Conspiracy to Distribute Controlled Substances; Forfeiture Allegations

<u>Date of Detention Hearing</u>:　April 27, 2015.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

DETENTION ORDER
PAGE - 1

2. Defendant has a prior conviction in this Court for Possession of Marijuana with Intent to Distribute. There is a discrepancy with regard to his actual residence address. Although he reports living with his sisters, niece and nephew, the niece reports that he does not live there. The AUSA proffers that he was living at a different address, at which a large quantity of drugs and cash were located during a search. The AUSA alleges that defendant was one of the leaders in the drug conspiracy. Defendant is subject to a deportation order, although he cannot be deported to Vietnam at this time, and another detainer has been filed. He reports no employment since 2012. It also appears he may have a significant gambling habit.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>27th</u> day of April, 2015.

                                              Mary Alice Theiler
                                              United States Magistrate Judge

DETENTION ORDER
PAGE - 3