THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0120-JCC |
| Plaintiff, | ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT |
| v. | |
| TUAN A. VU, *et al.*, | |
| Defendant, | |
| UYEN TRAN, | |
| Third-Party Petitioner. | |

This matter comes before the Court on the stipulated agreement between the United States and Petitioner Uyen Tran to settle Petitioner's claims as to a 2007 BMW 525i, with Washington State License Plate No. ATG7666 (Dkt. No. 1045). The stipulated settlement agreement is hereby APPROVED.

DATED this 25th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER APPROVING STIPULATED
SETTLEMENT AGREEMENT
PAGE - 1